IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TEDDY AND HELEN PROPERTY MANAGEMENT LLC, | : : : | CIVIL ACTION NO. 1:18-CV-1422-WSD |
| Plaintiff, | : : | |
| v. | : : | |
| CARLOS SKEETE, JR., | : : | **REPORT AND RECOMMENDATION ON AN APPLICATION TO PROCEED** |
| Defendant. | : | ***IN FORMA PAUPERIS*** |

Defendant Carlos Skeete, Jr., proceeding *pro se*, seeks leave under 28 U.S.C. § 1915(a)(1) to remove this action to this Court *in forma pauperis,* without prepaying applicable fees and costs or security therefor. In a previous Order [2] dated April 9, 2018, the Court advised Defendant that it cannot approve his Application to Proceed in District Court without Prepaying Fees or Costs [1] without more information. The Court noted that the Defendant had completely failed to respond to many of the questions in the Application. Defendant was ordered to file a complete Application to Proceed in District Court Without Prepaying Fees or Costs, or in the alternative, to pay the filing fee, within fourteen days of that Order, and was advised that a failure to comply with that Order may result in the dismissal of this action. Order [2] at 2.

As of this date, Defendant has failed to comply with the April 9 Order. Accordingly, the undersigned finds that Defendant's Application to Proceed in

District Court without Prepaying Fees or Costs [1] does not establish that Defendant has insufficient household income and assets to pay the filing fee and incur the costs of this proceeding, and the requirements of 28 U.S.C. § 1915(a)(1) have not been satisfied. The undersigned therefore **RECOMMENDS** that Defendant's Application to Proceed in District Court without Prepaying Fees or Costs [1] be **DENIED**.

    **IT IS SO ORDERED** this 30th day of April, 2018.

                                               _____
                                               JUSTIN S. ANAND
                                             UNITED STATES MAGISTRATE JUDGE